UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Blake A. Hellquist, | Civil File No: 16-CV-779 (RHK/KMM) |
| Plaintiff, | |
| v. | |
| Andrii Pylypenko, Schwarz Trucking, Inc. and Progressive Preferred Insurance Company, | **SECOND AMENDED PRETRIAL SCHEDULING ORDER** |
| Defendants. | |

---

On February 14, 2017, the parties in this matter stipulated to various amendments to the amended pretrial scheduling order (Doc No. 32). Due to the addition of Defendant Progressive Preferred Insurance Company to this action, the Court finds that there is good cause to amend the amended scheduling order.

Accordingly, the Amended Pretrial Scheduling Order (Doc No. 20) is HEREBY AMENDED as set forth below.

1. Fact discovery shall be commenced in time to be completed **on or before August 4, 2017.**

2. Non-dispositive motions and supporting documents, including those which relate to fact discovery and leave to assert punitive damages (if applicable), shall be filed and served **on or before August 4, 2017**.

3. For initial experts, the identity of any expert who may testify at trial regarding issues on which the party has the burden of persuasion must be disclosed on or before:

    Plaintiff: **May 5, 2017**
    Defendants: **June 2, 2017**

4. The initial expert written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served on or before:

      Plaintiff:  **June 30, 2017**
      Defendant:  **August 4, 2017**

5. Expert discovery, including depositions, shall be completed by **September 1, 2017**.  All non-dispositive motions and supporting documents which relate to expert discovery shall be filed and served on or before this date.

6. No more than three Rule 35 medical examinations shall be taken **on or before August 4, 2017**.

7. All dispositive motions shall be served, filed and heard **on or before September 15, 2017**.

8. This case shall be ready for a **jury** trial on **December 18, 2017**.

Date: February 24, 2017

                                                              *s/Katherine Menendez*
                                                              Katherine Menendez
                                                              United States Magistrate Judge