**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

**NOTICE OF CIVIL
CASES FOR TRIAL
ST. PAUL - JUNE 2018**

The following civil actions are set for trial before Judge Paul A. Magnuson at the U.S. Courthouse, Courtroom 7D, Seventh Floor, 316 North Robert St., St. Paul, Minnesota.   These cases are scheduled for trial on and after **Monday, June 4, 2018, at 9:00 A.M.**   Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials.   **DO NOT REPORT UNTIL NOTIFIED BY THE COURTROOM DEPUTY.**

Counsel have the responsibility to stay in contact with other counsel as to the progress of all cases which are scheduled.   For the convenience of counsel, the names and telephone numbers of counsel in all cases are listed on the attached calendar.   Your case will be tried as soon as possible and should be kept on a **"ready"** basis.

Counsel are directed to Local Rules for the District of Minnesota and the ECF Procedures Guide. Counsel should note in particular Local Rule 39 regarding Trial Practice. Original documents are to be filed on CM/ECF by **May 21, 2018**.   Please submit two hard copies of all pretrial materials directly to Judge Magnuson's Chambers, Room 734 Warren E. Burger Federal Building, 316 North Robert St., St. Paul, MN 55101, and one copy directly to Judge Magnuson's email box (magnuson_chambers@mnd.uscourts.gov).   The proposed trial documents should be submitted in **WORD** format.   Use of this email box does not constitute filing with CM/ECF, nor is it a replacement for filing.   Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at trial in the manner indicated in Rule 39.

Questions regarding the calendar may be directed to Jackie Phipps, Courtroom Deputy for Judge Magnuson, 734 Warren E. Burger Federal Building, 316 North Robert St., St. Paul, Minnesota, 55101, (651) 848-1156.

Dated:   May 2, 2018

*s/Jackie Phipps*
Jackie Phipps, Courtroom Deputy for
Judge Paul A. Magnuson

# CIVIL TRIAL CALENDAR BEFORE JUDGE PAUL A. MAGNUSON
_____

1.  Blake A. Hellquist                              **JURY TRIAL**

    v.                                              Civil No. 16cv00779 PAM/KMM
                                                    Re: Removal: Accident
    Progressive Preferred Insurance Co.             Elot: 3-4 Days

    For Plaintiff:     Edward F. Rooney      612-285-7621
                       (Law Office)

    For Defendants:    Gregory J Duncan      612-375-5967
                       Paul J Rocheford      612-339-3500
                       (Arthur, Chapman, Kettering, Smetak & Pikala, PA)